**No. 57387.**—China Fur Trading Co. et al. *v.* United States, protests 937002–G, etc. (San Francisco).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57388.**—L. I. Gorbatenko, Ltd. *v.* United States, protests 974512–G and 983248–G (San Francisco).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57389.**—Freedman & Slater, Inc. *v.* United States, protest 194632–K (New York).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the items in question are ashtrays and properly dutiable as such under the provision for "smokers' articles" in paragraph 1552, *supra*, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 10, 1953

**No. 57390.**—Carson M. Simon & Co. *v.* United States, protests 191200–K and 191201–K (Philadelphia).

EKWALL, Judge:   These cases, consolidated at the trial, are protests against the collector's assessment of duty on certain cheese imported from Italy at the rate of 25 per centum ad valorem under paragraph 710 of the Tariff Act of 1930 and the trade agreement with Argentina, T. D. 50504.   It is claimed that the merchandise is properly dutiable at 3½ cents per pound, but not less than 17½ per centum ad valorem under said paragraph 710, as modified by the Annecy Protocol of Terms of Accession of the General Agreement on Tariffs and Trade, T. D. 52373, and the President's proclamation of May 13, 1950, T. D. 52476.